## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Roman Lifson |
| Electronic Device(s): | (1) cell phone |
| Purpose and Location Of Use: | For use in hearing before Judge Fitzpatrick |
| Case No.: | 1:25-cv-00079 |
| Date(s) Authorized: | April 18, 2025 |
| IT Clearance Waived: | __X__(Yes)     _____(No) |

APPROVED BY:

Date:_____   _____
                                United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:       _____   _____
                    IT Staff Member                   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**